# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2013

## NO.  03-13-00119-CR

**Reginald Darnell Hamilton, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below.  Having reviewed the record and the briefing, it is the opinion of this Court that there was no reversible error in the judgment of conviction.  **IT IS THEREFORE ORDERED** that the judgment of conviction is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made, and that this decision be certified below for observance.